
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 21 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL JUNIOR AURSBY,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00229 |
| v. | ) ) ) | ORDER |
| VCU-MCV HEALTH SYSTEM<br>HOSPITALS AND PHYSICIANS,<br>    Defendant. | ) ) ) ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis; the complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 21st day of May, 2015.

/s/ Michael F. Urbanski
United States District Judge